# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 13cr0985-DMS |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| FLORENTINO CHAVEZ, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count 1 of the Information and confirms Defendant's entry into the APS Diversion Program.

DATED: May 28, 2013

_____
HON. DANA M. SABRAW
United States District Judge

12CR1176-DMS